ERIC GRANT
United States Attorney
ROBERT L. VENEMAN-HUGHES
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

FILED
Jun 12, 2026
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

Plaintiff,

v.

HARMAN PAHAL et al,

Defendants.

CASE NO. 1:26-MJ-69-EPG

UNITED STATES' MOTION AND PROPOSED ORDER TO UNSEAL COMPLAINT

The United States hereby moves this Court to unseal the Complaint and Arrest Warrants for the above-captioned case, as the defendants have been arrested. Therefore, the Complaint must be unsealed in order to advise the defendant in open court of the charges against him.

DATED: March 27, 2026

Respectfully submitted,

ERIC GRANT
United States Attorney

/s/ *Robert L. Veneman-Hughes*
ROBERT L. VENEMAN-HUGHES
Assistant United States Attorney

[~~PROPOSED~~] ORDER

The defendant having been arrested and the need for sealing having ceaaed, the Court orders the Complaint and Arrest Warrants UNSEALED.

Date: **Jun 12, 2026**

Hon. Erica P. Grosjean
U.S. MAGISTRATE JUDGE